| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF ALASKA

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **Wards Cove Packing Company, LLC** |
| --- | --- | --- |

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| --- | --- | --- |

| 3. | Debtor's federal Employer Identification Number (EIN) | **91-0513792** |
| --- | --- | --- |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **2510 W Casino Road, Suite B**<br>**Everett, WA 98204**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Snohomish**<br>County | **Location of principal assets, if different from principal place of business**<br>**Various tracts of vacant land in Alaska**<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
| --- | --- | --- |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Wards Cove Packing Company, LLC**                                    Case number (*if known*)
          Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3117

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Wards Cove Packing Company, LLC**
_____   Case number (*if known*) _____
         Name

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

---

**11.  Why is the case filed in *this district*?**    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor **Wards Cove Packing Company, LLC**

Name _____  Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Wards Cove Packing Company, LLC**                                    Case number (*if known*) _____
             Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 25, 2023**
                     MM / DD / YYYY

**X** **/s/ Lance P. Blair**                                              **Lance P. Blair**
       Signature of authorized representative of debtor              Printed name

Title     **Authorized Representative**

**18. Signature of attorney**

**X** **/s/ Thomas A. Buford**                                      Date    **September 25, 2023**
       Signature of attorney for debtor                                              MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone    **(206) 292-2110**          Email address    **tbuford@bskd.com**

**1805046 AK**
Bar number and State

**RESOLUTIONS OF**
**WARDS COVE PACKING COMPANY, LLC**

WHEREAS, Wards Cove Packing Company, LLC, an Alaska limited liability company (the "Company"), is experiencing significant financial challenges; and

WHEREAS, the undersigned are the managers of the Company (each, a "Manager"); and

WHEREAS, it is the opinion of the Members of the Company that the only reasonable and prudent response to the present circumstances is the filing of a voluntary petition in bankruptcy seeking protection and liquidation under Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Company has selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interests in the Chapter 11 proceeding.

NOW, THEREFORE, the Members have consented to and authorized the undersigned Managers to take the following actions on behalf of the Company:

RESOLVED, that the Company shall employ Bush Kornfeld to represent it in the Chapter 11 proceedings and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that Lance P. Blair is hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that Lance P. Blair is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy.

SIGNED this 22nd day of September, 2023.

**WARDS COVE PACKING COMPANY, LLC**

Lance P. Blair
Its Authorized Representative

Douglas Y. Brindle
Its Authorized Representative

gi20kw01p1

**Fill in this information to identify the case:**

Debtor name  **Wards Cove Packing Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ALASKA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 25, 2023**        *X* **/s/ Lance P. Blair**
Signature of individual signing on behalf of debtor

**Lance P. Blair**
Printed name

**Authorized Representative**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| Debtor name | **Wards Cove Packing Company, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **DISTRICT OF ALASKA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **3-Tier Alaska Capital, Inc. 326 Driveway Street, Suite 102 Fairbanks, AK 99701** | | **Engineering Services** | | | | **$30,281.50** |
| **Alaska Dep't of Envtl. Conservation PO Box 111800 Juneau, AK 99811** | | **Administrative Fees** | | | | **$6,214.99** |
| **Alaska Dep't of Envtl. Conservation PO Box 111800 Juneau, AK 99811** | | **Shared environmental cleanup liability as to the Port Bailey Property (as defined in Top Notch Holdings Schedule A/B) with Port Bailey Wild Enterprise** | **Contingent Unliquidated Subject to Setoff** | | | **$0.00** |
| **Alaska Dep't of Envtl. Conservation PO Box 111800 Juneau, AK 99811** | | **Shared environmental cleanup liability as to the Hoonah Property (as defined in Top Notch Holdings Schedule A/B) with Chevron Environmental Management** | **Contingent Unliquidated Subject to Setoff** | | | **$0.00** |

Debtor  **Wards Cove Packing Company, LLC**                                          Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alaska Dep't of Envtl. Conservation PO Box 111800 Juneau, AK 99811** | | **Shared environmental cleanup liability as to the Graveyard Point Property (as defined in Top Notch Holdings Schedule A/B) with Nestle USA, Inc.** | **Contingent Unliquidated Subject to Setoff** | | | **$0.00** |
| **Alaska Dep't of Envtl. Conservation PO Box 111800 Juneau, AK 99811** | | **Environmental cleanup liability as to the Chignik Property (as defined in Top Notch Holdings Schedule A/B)** | **Contingent Unliquidated Subject to Setoff** | | | **$0.00** |
| **Miller Nash LLP 605 Fifth Avenue S., Suite 900 Seattle, WA 98104** | | **Legal Services** | **Disputed** | | | **$73,800.06** |
| **North Pacific Holdings Co. 2510 W Casino Road, Suite B Everett, WA 98204-1419** | | **Rent** | | | | **$22,705.00** |
| **Tupper Mack Wells PLLC 2025 First Avenue, Suite 1100 Seattle, WA 98121** | | **Legal Fees** | | | | **$6,249.20** |

**Fill in this information to identify the case:**

Debtor name   **Wards Cove Packing Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ALASKA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..................................................................................................  $      **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................................................  $      **25,905.17**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................................  $      **25,905.17**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $      **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................  $      **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................  +$      **139,250.75**

4. Total liabilities .........................................................................................................................
   Lines 2 + 3a + 3b                                  $      **139,250.75**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Wards Cove Packing Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF ALASKA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Washington Trust Bank**<br>**10500 NE 8th Street, Suite 1100**<br>**Bellevue, WA 98004** | **Analyzed Checking (operating account)** | **1296** | **$18,192.15** |
| 3.2. | **Washington Trust Bank**<br>**10500 NE 8th Street, Suite 1100**<br>**Bellevue, WA 98004** | **Money Market Account** | **8904** | **$2,002.27** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$20,194.42**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | | |
| --- | --- | --- | --- |
| 8.1. | **Evanston Insurance Company**<br>**Policy #3AA680726**<br>**General Liability Insurance Policy Prepayment** | | **$4,057.42** |

Debtor  **Wards Cove Packing Company, LLC**                        Case number *(If known)* _____
        <sub>Name</sub>

|     | The Travelers Companies, Inc. Policy #107878787 |          |
|-----|------------------------------------------------|----------|
| 8.2. | **Directors and Officers Liability Insurance Policy Prepayment** | **$1,653.33** |

| 9. | **Total of Part 2.** | **$5,710.75** |
|----|----------------------|---------------|
|    | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **763,404.00** - **763,404.00** =....    **$0.00**
                          face amount      doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | **$0.00** |
|-----|----------------------|-----------|
|     | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|     |                                                                 | Valuation method used for current value | Current value of debtor's interest |
|-----|-----------------------------------------------------------------|-----------------------------------------|------------------------------------|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:       % of ownership | | |
| 15.1. | **Membership Interest in Top Notch Holdings, LLC**       **100%** % | | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

| 17. | **Total of Part 4.** | **$0.00** |
|-----|----------------------|-----------|
|     | Add lines 14 through 16.  Copy the total to line 83. | |

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor   **Wards Cove Packing Company, LLC**                              Case number *(If known)* _____
Name

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Desk, office chair, fireproof filing cabinets** | **$0.00** | **Net Book** | **$0.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                                   **$0.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Wards Cove Packing Company, LLC**                    Case number *(If known)* _____
        Name

| 55.1. | **Office Premises located at 2510 W Casino Road, Suite B, Everett, WA 98204** | Leasehold Interest | Unknown | | Unknown |

---

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
    **Evanston Insurance Company**
    **Policy #3AA680726**
    **General Liability Insurance Policy**                                          Unknown

---

    **The Travelers Companies, Inc.**
    **Policy #107878787**
    **Directors and Officers Liability Insurance Policy**                           Unknown

---

Debtor    **Wards Cove Packing Company, LLC**                                   Case number *(If known)* _____
               Name

**Claims for coverage/reimbursement against certain insurers, including but not limited to Providence Washington Insurance Company, St. Paul Fire & Marine Insurance Company, and U.S. Fire Insurance Company, to which claims for environmental cleanup were tendered with respect to the Port Bailey Property, Hoonah Property, Graveyard Point Property, and Chignik Property (each as defined in Top Notch Holdings Schedule A/B).**                                                                **Unknown**

---

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
       **Potential Claims against Doug Morrison, Miller Nash LLP and Tupper Mack Wells PLLC.**                                **Unknown**

| Nature of claim | **Civil - Professional negligence, professional malpractice, etc.** |
|---|---|
| Amount requested | **$0.00** |

---

**Potential Claims against Chevron Envtl. Mgmt. and Real Estate Co. for shared environmental cleanup liability as to the Hoonah Property (as defined in Top Notch Holdings Schedule A/B).**                                **Unknown**

| Nature of claim | **Potential claim for shared environmental liability** |
|---|---|
| Amount requested | **$0.00** |

---

**Potential Claims against Nestle USA, Inc. for shared environmental cleanup liability as to the Graveyard Point Property (as defined in Top Notch Holdings Schedule A/B).**                                **Unknown**

| Nature of claim | **Potential claim for shared environmental liability** |
|---|---|
| Amount requested | **$0.00** |

---

**Potential Claims against PB Energy, Inc. for shared environmental cleanup liability as to the Port Bailey Property (as defined in Top Notch Holdings Schedule A/B).**                                **Unknown**

| Nature of claim | **Potential claim for shared environmental liability** |
|---|---|
| Amount requested | **$0.00** |

---

**Potential Claims against Port Bailey Wild Enters., LLC for shared environmental cleanup liability as to the Port Bailey Property (as defined in Top Notch Holdings Schedule A/B).**                                **Unknown**

| Nature of claim | **Potential claim for shared environmental liability** |
|---|---|
| Amount requested | **$0.00** |

---

Debtor    **Wards Cove Packing Company, LLC**                                    Case number *(If known)* _____
            Name

**Potential Claims against Robert Shane and Robert Gustafson as personal guarantors of Port Bailey Wild Enters., LLC for shared environmental cleanup liability as to the Port Bailey Property (as defined in Top Notch Holdings Schedule A/B).**

|  |  |  |
|---|---|---|
| Nature of claim | **Potential claim for shared environmental liability** | Unknown |
| Amount requested | **$0.00** | |

---

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Homer Electric Association, Inc. - Interest in Future Capital Credits of Utility Co-Op.  The current balance of the remaining credit is $59,311, which would eventually be paid off but there is no established timeline.  Homer Electric's website indicates it allows early payoff, discounted to net present value, for an estate situation.** | Unknown |

---

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Wards Cove Packing Company, LLC**          Case number *(If known)* _____
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,194.42 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,710.75 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9* ....................................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $25,905.17 | + 91b. $0.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,905.17 |

**Fill in this information to identify the case:**

Debtor name    **Wards Cove Packing Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known)    _____

☐ Check if this is an
      amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

     ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| --- |

Debtor name     **Wards Cove Packing Company, LLC**

United States Bankruptcy Court for the:     DISTRICT OF ALASKA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
| | **Alaska Dep't of Labor** | *Check all that apply.* | | |
| | **Employment Security Tax** | ☐ Contingent | | |
| | **PO Box 115509** | ☐ Unliquidated | | |
| | **Juneau, AK 99811-5509** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
| | **Alaska Dep't of Revenue** | *Check all that apply.* | | |
| | **Tax Division** | ☐ Contingent | | |
| | **550 W Seventh Ave., Suite 500** | ☐ Unliquidated | | |
| | **Anchorage, AK 99501-3555** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Debtor **Wards Cove Packing Company, LLC**

Case number *(if known)*

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,281.50** |
|---|---|---|---|

**3-Tier Alaska Capital, Inc.**
**326 Driveway Street, Suite 102**
**Fairbanks, AK 99701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/02/2022 - 7/13/2023

Basis for the claim:  **Engineering Services**

Last 4 digits of account number  1028

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,214.99** |
|---|---|---|---|

**Alaska Dep't of Envtl. Conservation**
**PO Box 111800**
**Juneau, AK 99811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/30/2023 - 9/01/2023

Basis for the claim:  **Administrative Fees**

Last 4 digits of account number  0110

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alaska Dep't of Envtl. Conservation**
**PO Box 111800**
**Juneau, AK 99811**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shared environmental cleanup liability as to the Port Bailey Property (as defined in Top Notch Holdings Schedule A/B) with Port Bailey Wild Enterprises, LLC and PB Energy, Inc.**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alaska Dep't of Envtl. Conservation**
**PO Box 111800**
**Juneau, AK 99811**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shared environmental cleanup liability as to the Hoonah Property (as defined in Top Notch Holdings Schedule A/B) with Chevron Environmental Management and Real Estate Company**

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor  **Wards Cove Packing Company, LLC**

Case number (if known)

Name

---

**3.5**  Nonpriority creditor's name and mailing address

**Alaska Dep't of Envtl. Conservation**
**PO Box 111800**
**Juneau, AK 99811**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Shared environmental cleanup liability as to the Graveyard Point Property (as defined in Top Notch Holdings Schedule A/B) with Nestle USA, Inc.**

Is the claim subject to offset? ☐ No ☑ Yes

**Unknown**

---

**3.6**  Nonpriority creditor's name and mailing address

**Alaska Dep't of Envtl. Conservation**
**PO Box 111800**
**Juneau, AK 99811**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Environmental cleanup liability as to the Chignik Property (as defined in Top Notch Holdings Schedule A/B)**

Is the claim subject to offset? ☐ No ☑ Yes

**Unknown**

---

**3.7**  Nonpriority creditor's name and mailing address

**Miller Nash LLP**
**605 Fifth Avenue S., Suite 900**
**Seattle, WA 98104**

Date(s) debt was incurred  **2/28/2021 - 6/30/2021**

Last 4 digits of account number  **2900**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$73,800.06**

---

**3.8**  Nonpriority creditor's name and mailing address

**North Pacific Holdings Co.**
**2510 W Casino Road, Suite B**
**Everett, WA 98204-1419**

Date(s) debt was incurred  **7/01/2022 - 8/31/2023**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ☑ No ☐ Yes

**$22,705.00**

---

**3.9**  Nonpriority creditor's name and mailing address

**Tupper Mack Wells PLLC**
**2025 First Avenue, Suite 1100**
**Seattle, WA 98121**

Date(s) debt was incurred  **7/31/2023**

Last 4 digits of account number  **799**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,249.20**

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **3-Tier Alaska Capital, Inc.**<br>**c/o Simpson Tillinghast Sheehan, P.C.**<br>**One Sealaska Plaza, Suite 300**<br>**Juneau, AK 99801** | Line  **3.1**<br><br>☐ Not listed. Explain _____ | _ |

---

Debtor **Wards Cove Packing Company, LLC**

Name

Case number *(if known)* _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **Alaska Dep't of Envtl. Conservation**<br>**610 University Avenue**<br>**Fairbanks, AK 99709** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 **Alaska Dep't of Labor**<br>**PO Box 111149**<br>**Juneau, AK 99811** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.4 **Alaska Dep't of Revenue**<br>**Tax Division**<br>**PO Box 110420**<br>**Juneau, AK 99811-0420** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.5 **Miller Nash LLP**<br>**500 Broadway St., Suite 400**<br>**Vancouver, WA 98660-3324** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.6 **Nestle USA, Inc.**<br>**c/o Baker Hostetler LLP**<br>**11601 Wilshire Blvd., Suite 1400**<br>**Los Angeles, CA 90025** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 139,250.75 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 139,250.75 |

**Fill in this information to identify the case:**

Debtor name    **Wards Cove Packing Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Oral Lease of Premises at 2510 W Casino Road, Suite B, Everett, WA.** |
| State the term remaining | **month-to-month** |
| List the contract number of any government contract | **North Pacific Holdings Co.**<br>**2510 W Casino Road, Suite B**<br>**Everett, WA 98204-1419** |

**Fill in this information to identify the case:**

Debtor name    **Wards Cove Packing Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Chevron Envtl. Mgmt. and Real Estate Co.** | **Attn: James Kiernan 6001 Bollinger Canyon Road San Ramon, CA 94583 Shared environmental cleanup liability as to the Hoonah Property (as defined in Top Notch Holdings Schedule A/B)** | **Alaska Dep't of Envtl. Conservation** | ☐ D _____ ☑ E/F __3.4__ ☐ G _____ |
| 2.2 | **Nestle USA, Inc.** | **1812 N. Moore Street Arlington, VA 22209 Shared environmental cleanup liability as to the Graveyard Point Property (as defined in Top Notch Holdings Schedule A/B)** | **Alaska Dep't of Envtl. Conservation** | ☐ D _____ ☑ E/F __3.5__ ☐ G _____ |
| 2.3 | **PB Energy, Inc.** | **PO Box KPY Port Bailey Kodiak, AK 99697 Shared environmental cleanup liability as to the Port Bailey Property (as defined in Top Notch Holdings Schedule A/B)** | **Alaska Dep't of Envtl. Conservation** | ☐ D _____ ☑ E/F __3.3__ ☐ G _____ |

Debtor    **Wards Cove Packing Company, LLC**

Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| 2.4 | **Port Bailey Wild Enters., LLC** | **PO Box KPY**<br>**Port Bailey**<br>**Kodiak, AK 99615**<br>**Shared environmental cleanup liability as to the Port Bailey Property (as defined in Top Notch Holdings Schedule A/B)** | **Alaska Dep't of Envtl. Conservation** | ☐ D _____<br>■ E/F ___**3.3**___<br>☐ G _____ |
| --- | --- | --- | --- | --- |
| 2.5 | **Robert J. Gustafson** | **PO Box 4349**<br>**Kodiak, AK 99615**<br>**Personal guarantor of Port Bailey Wild Enters., LLC for shared environmental cleanup liability as to the Port Bailey Property (as defined in Top Notch Holdings Schedule A/B).** | **Alaska Dep't of Envtl. Conservation** | ☐ D _____<br>■ E/F ___**3.3**___<br>☐ G _____ |
| 2.6 | **Robert Shane** | **PO Box KPY**<br>**Port Bailey**<br>**Kodiak, AK 99615**<br>**Personal guarantor of Port Bailey Wild Enters., LLC for shared environmental cleanup liability as to the Port Bailey Property (as defined in Top Notch Holdings Schedule A/B).** | **Alaska Dep't of Envtl. Conservation** | ☐ D _____<br>■ E/F ___**3.3**___<br>☐ G _____ |

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Wards Cove Packing Company, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF ALASKA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other _____ | **-$97,453.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☐ Other _____ | **-$170,748.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | **Interest Income; Misc. Income** | **$9,280.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | **Interest Income; Misc. Income** | **$9,054.00** |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor  **Wards Cove Packing Company, LLC**                     Case number *(if known)* _____

☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **2**

Debtor **Wards Cove Packing Company, LLC**      Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Kornfeld LLP<br>601 Union Street, Suite 5000<br>Seattle, WA 98101-2373** | | **9/22/2023** | **$37,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor  **Wards Cove Packing Company, LLC** _____   Case number *(if known)* _____

- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Part 12: | Details About Environment Information |
|---|---|

Debtor   **Wards Cove Packing Company, LLC**                          Case number *(if known)*

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Chignik Property<br>(as defined in Top Notch Holdings, LLC<br>Schedule A/B)** | **Alaska Dep't of Envtl.<br>Conservation<br>PO Box 111800<br>Juneau, AK 99811** | | |
| **Hoonah Property<br>(as defined in Top Notch Holdings, LLC<br>Schedule A/B)** | **Alaska Dep't of Envtl.<br>Conservation<br>PO Box 111800<br>Juneau, AK 99811** | | |
| **Graveyard Point Property<br>(as defined in Top Notch Holdings, LLC<br>Schedule A/B)** | **Alaska Dep't of Envtl.<br>Conservation<br>PO Box 111800<br>Juneau, AK 99811** | | |
| **Port Bailey Property<br>(as defined in Top Notch Holdings, LLC<br>Schedule A/B)** | **Alaska Dep't of Envtl.<br>Conservation<br>PO Box 111800<br>Juneau, AK 99811** | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

Debtor   **Wards Cove Packing Company, LLC**                                      Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **Top Notch Holdings, LLC**<br>**2510 W Casino Road, Suite B**<br>**Everett, WA 98204** | **Land Holding Company** | **EIN:**<br><br>**From-To** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Brindle Investments, LLC**<br>**2105 NW 199th Street**<br>**Seattle, WA 98177** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Moss Adams LLP**<br>**999 Third Avenue, Suite 2800**<br>**Seattle, WA 98104** | |
| 26c.2.   **Brindle Investments, LLC**<br>**2105 NW 199th Street**<br>**Seattle, WA 98177** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alec W. Brindle, Jr.** | **PO Box 99550**<br>**Seattle, WA 98139** | **Member** | **0.1008%** |

Debtor    **Wards Cove Packing Company, LLC**          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Estate of Barbara A. Lally** | **c/o Troy Brindle**<br>**3268 E. Regal Drive**<br>**Queen Creek, AZ 85142** | **Member** | **15.0461%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Blair WCP, LLC** | **c/o Lance Blair**<br>**18445 16th Avenue NW**<br>**Shoreline, WA 98177** | **Member** | **18.7426%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brindle Investments, LLC** | **c/o Douglas Brindle**<br>**2105 NW 199th Street**<br>**Shoreline, WA 98177** | **Member & Manager** | **18.8276%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Catherine M. Brindle** | **1429 Avenue D, #297**<br>**Snohomish, WA 98291** | **Member** | **0.9324%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Estate of Gregory J. Brindle** | **c/o Catherine Brindle**<br>**1429 Avenue D, # 297**<br>**Snohomish, WA 98291** | **Member** | **5.1184%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joel R. Blair** | **5656 NE 55th Street**<br>**Seattle, WA 98105** | **Member** | **0.1008%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John E. Lally, III** | **21114 E. Misty Lane**<br>**Queen Creek, AZ 85142** | **Member** | **0.6889%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kevin L. Blair** | **1081 185th Avenue SE**<br>**Bellevue, WA 98008** | **Member** | **0.1008%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lance P. Blair** | **18445 16th Avenue NW**<br>**Shoreline, WA 98177** | **Member & Manager** | **0.1008%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lazy Bay LLC** | **c/o Karen Brindle**<br>**PO Box 176**<br>**Quilcene, WA 98376-0176** | **Member** | **18.6670%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark A. Lally** | **16823 Fremont Avenue N.**<br>**Shoreline, WA 98133** | **Member** | **0.6889%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael F. Brindle** | **9724 Chapel Hill Road**<br>**Lake Stevens, WA 98258** | **Member** | **0.0252%** |

Debtor    **Wards Cove Packing Company, LLC**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mitchell G. Brindle | 5222 146th Place SE Everett, WA 98208 | Member | 0.0252% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Natalie Walker | 3929 195th Street SE Snohomish, WA 98291 | Member | 0.1008% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Revillagigedo Holdings, LLC | c/o Alec Brindle, Jr. PO Box 99550 Seattle, WA 98139 | Member | 18.3898% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sara G. Blair | 18365 Ridgefield Road NW Seattle, WA 98177 | Member | 0.2772% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Todd J. Lally | 20295 East Camina Plaza Queen Creek, AZ 85142 | Member | 0.6889% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Trevor A. Lally | 18112 E Vallejo Street Gilbert, AZ 85298 | Member | 0.6889% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Troy W. Brindle | 3268 E. Regal Drive Queen Creek, AZ 85142 | Member | 0.6889% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor  **Wards Cove Packing Company, LLC**                              Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 25, 2023**

_____          **Lance P. Blair**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Alaska

In re   **Wards Cove Packing Company, LLC**

Case No. _____

Debtor(s)

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Preparation of a chapter 11 plan of liquidation and liquidating trust agreement, and negotiations with liquidating trustee and creditors regarding the same.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 25, 2023**

*Date*

**/s/ Thomas A. Buford**

**Thomas A. Buford**
*Signature of Attorney*
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110   Fax: (206) 292-2104**
**tbuford@bskd.com**
*Name of law firm*

---

## United States Bankruptcy Court
### District of Alaska

In re   **Wards Cove Packing Company, LLC**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alec W. Brindle, Jr.<br>PO Box 99550<br>Seattle, WA 98139 | Membership Interest | 0.1008% | |
| Blair WCP, LLC<br>c/o Lance Blair<br>18445 16th Avenue NW<br>Shoreline, WA 98177 | Membership Interest | 18.7426% | |
| Brindle Investments, LLC<br>c/o Douglas Brindle<br>2105 NW 199th Street<br>Shoreline, WA 98177 | Membership Interest | 18.8276% | |
| Catherine M. Brindle<br>1429 Avenue D, #297<br>Snohomish, WA 98291 | Membership Interest | 0.9324% | |
| Estate of Barbara A. Lally<br>c/o Troy Brindle<br>3268 E. Regal Drive<br>Queen Creek, AZ 85142 | Membership Interest | 15.0461% | |
| Estate of Gregory J. Brindle<br>c/o Catherine Brindle<br>1429 Avenue D, # 297<br>Snohomish, WA 98291 | Membership Interest | 5.1184% | |
| Joel R. Blair<br>5656 NE 55th Street<br>Seattle, WA 98105 | Membership Interest | 0.1008% | |
| John E. Lally, III<br>21114 E. Misty Lane<br>Queen Creek, AZ 85142 | Membership Interest | 0.6889% | |
| Kevin L. Blair<br>1081 185th Avenue SE<br>Bellevue, WA 98008 | Membership Interest | 0.1008% | |
| Lance P. Blair<br>18445 16th Avenue NW<br>Shoreline, WA 98177 | Membership Interest | 0.1008% | |

Sheet 1 of 3 in List of Equity Security Holders

In re:  **Wards Cove Packing Company, LLC**                                   Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lazy Bay LLC**<br>**c/o Karen Brindle**<br>**PO Box 176**<br>**Quilcene, WA 98376-0176** | **Membership Interest** | **18.6670%** | |
| **Mark A. Lally**<br>**16823 Fremont Avenue N.**<br>**Shoreline, WA 98133** | **Membership Interest** | **0.6889%** | |
| **Michael F. Brindle**<br>**9724 Chapel Hill Road**<br>**Lake Stevens, WA 98258** | **Membership Interest** | **0.0252%** | |
| **Mitchell G. Brindle**<br>**5222 146th Place SE**<br>**Everett, WA 98208** | **Membership Interest** | **0.0252%** | |
| **Natalie Walker**<br>**3929 195th Street SE**<br>**Snohomish, WA 98291** | **Membership Interest** | **0.1008%** | |
| **Revillagigedo Holdings, LLC**<br>**c/o Alec Brindle, Jr.**<br>**PO Box 99550**<br>**Seattle, WA 98139** | **Membership Interest** | **18.3898%** | |
| **Sara G. Blair**<br>**18365 Ridgefield Road NW**<br>**Seattle, WA 98177** | **Membership Interest** | **0.2772%** | |
| **Todd J. Lally**<br>**20295 East Camina Plaza**<br>**Queen Creek, AZ 85142** | **Membership Interest** | **0.6889%** | |
| **Trevor A. Lally**<br>**18112 E Vallejo Street**<br>**Gilbert, AZ 85298** | **Membership Interest** | **0.6889%** | |
| **Troy W. Brindle**<br>**3268 E. Regal Drive**<br>**Queen Creek, AZ 85142** | **Membership Interest** | **0.6889%** | |

List of equity security holders consists of 3 total page(s)

In re:    **Wards Cove Packing Company, LLC**
_____    Case No. _____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Authorized Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 25, 2023**
_____    Signature    **/s/ Lance P. Blair**
                                              **Lance P. Blair**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 3 total page(s)

**United States Bankruptcy Court**
**District of Alaska**

In re   **Wards Cove Packing Company, LLC**                          Case No. _____

                                                          Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:   **September 25, 2023**                    **/s/ Lance P. Blair**
                                           **Lance P. Blair**/**Authorized Representative**
                                           Signer/Title

```
Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin.
510 L Street
Room 310
Anchorage, AK 99501


Office of the Attorney General (AK)
Attorney General Treg R. Taylor
1031 W 4th Ave. #200
Anchorage, AK 99501


United States Attorney's Office
222 W 7th Ave. Rm. 253, #9
Anchorage, AK 99513


3-Tier Alaska Capital, Inc.
326 Driveway Street, Suite 102
Fairbanks, AK 99701


3-Tier Alaska Capital, Inc.
c/o Simpson Tillinghast Sheehan, P.C.
One Sealaska Plaza, Suite 300
Juneau, AK 99801
```

Alaska Dep't of Envtl. Conservation
PO Box 111800
Juneau, AK 99811


Alaska Dep't of Envtl. Conservation
610 University Avenue
Fairbanks, AK 99709


Alaska Dep't of Labor
Employment Security Tax
PO Box 115509
Juneau, AK 99811-5509


Alaska Dep't of Labor
PO Box 111149
Juneau, AK 99811


Alaska Dep't of Revenue
Tax Division
550 W Seventh Ave., Suite 500
Anchorage, AK 99501-3555


Alaska Dep't of Revenue
Tax Division
PO Box 110420
Juneau, AK 99811-0420


Chevron Envtl. Mgmt. and Real Estate Co.
Attn: James Kiernan
6001 Bollinger Canyon Road
San Ramon, CA 94583


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Miller Nash LLP
605 Fifth Avenue S., Suite 900
Seattle, WA 98104


Miller Nash LLP
500 Broadway St., Suite 400
Vancouver, WA 98660-3324

Nestle USA, Inc.
c/o Baker Hostetler LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025


Nestle USA, Inc.
1812 N. Moore Street
Arlington, VA 22209


North Pacific Holdings Co.
2510 W Casino Road, Suite B
Everett, WA 98204-1419


PB Energy, Inc.
PO Box KPY
Port Bailey
Kodiak, AK 99697


Port Bailey Wild Enters., LLC
PO Box KPY
Port Bailey
Kodiak, AK 99615


Robert J. Gustafson
PO Box 4349
Kodiak, AK 99615


Robert Shane
PO Box KPY
Port Bailey
Kodiak, AK 99615


Tupper Mack Wells PLLC
2025 First Avenue, Suite 1100
Seattle, WA 98121


US Securities & Exchange Commission
Office of Reorganization
444 South Flower Street, Suite 900
Los Angeles, CA 90071


Washington Trust Bank
10500 NE 8th Street, Suite 1100
Bellevue, WA 98004

```
Washington Trust Bank
717 W Sprague Avenue
Spokane, WA 99201-3922
```

# United States Bankruptcy Court
## District of Alaska

In re  **Wards Cove Packing Company, LLC** _____  Case No. _____

Debtor(s)  Chapter  **11**  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Wards Cove Packing Company, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Blair WCP, LLC**
**c/o Lance Blair**
**18445 16th Avenue NW**
**Shoreline, WA 98177**

**Brindle Investments, LLC**
**c/o Douglas Brindle**
**2105 NW 199th Street**
**Shoreline, WA 98177**

**Lazy Bay LLC**
**c/o Karen Brindle**
**PO Box 176**
**Quilcene, WA 98376-0176**

**Revillagigedo Holdings, LLC**
**c/o Alec Brindle, Jr.**
**PO Box 99550**
**Seattle, WA 98139**

☐ None [*Check if applicable*]

**September 25, 2023** _____

Date

**/s/ Thomas A. Buford** _____

**Thomas A. Buford**

Signature of Attorney or Litigant

Counsel for   **Wards Cove Packing Company, LLC** _____

**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**tbuford@bskd.com**