UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>WARDS COVE PACKING COMPANY, LLC,<br><br>Debtor.<br>_____<br>In re:<br><br>TOP NOTCH HOLDINGS, LLC,<br><br>Debtor. | Lead Case No. 23-00163 (Ch. 11)<br><br>Jointly administered with:<br>Case No. 23-00164 (Ch. 11)<br><br>**ORDER CONFIRMING AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION**<br><br><u>Hearing Date</u><br>DATE: January 26, 2024<br>TIME: 9:30 a.m. |

Wards Cove Packing Company, LLC and Top Notch Holdings, LLC (together, the "<u>Debtors</u>"), debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (the "<u>Chapter 11 Cases</u>"), having proposed the *Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 54], and as may be amended, modified, or further supplemented from time to time (the "<u>Plan</u>"),[1] the Court having conducted a hearing to consider confirmation of the Plan on January 26, 2024 (the "<u>Confirmation Hearing</u>"); the Court having found that due, adequate, and sufficient notice of the Plan, Confirmation Hearing, and all deadlines for voting on or filing objections to the Plan was provided in compliance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules for the United States Bankruptcy Court for the District of Alaska, and that no other or further notice is or shall be required; and the Court having reviewed the Plan, the *Confirmation Brief* [Docket No. 67], the *Ballot Summary* [Docket No. 68], and the record and files herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

ORDER CONFIRMING AMENDED JOINT CHAPTER 11 PLAN
OF LIQUIDATION – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**ORDERED as follows:**

1. <u>Confirmation</u>.  The Plan is APPROVED in its entirety and CONFIRMED in its entirety under sections 1129(a) and 1191(b) of the Bankruptcy Code.  The terms and conditions of the Plan and all documents, exhibits, and agreements thereto are incorporated by reference into and are an integral part of this Confirmation Order, as such terms and their implementation are hereby approved and authorized.

2. <u>Liquidating Trust</u>.  The Liquidating Trust Agreement attached as Exhibit B to the Plan is APPROVED in its entirety.

3. <u>Appointment of Trust Administrator</u>.  Orse & Company, Inc. is hereby appointed as Trust Administrator of the Liquidating Trust.  The Debtors and Trust Administrator are authorized to consummate and perform all of their respective or collective obligations under the Liquidating Trust Agreement and to execute such other documents and take such other actions as may be necessary or appropriate to effectuate the terms and conditions of the Liquidating Trust Agreement and this Confirmation Order.

4. <u>Approval of Counsel for Trust Administrator</u>.  The employment of Hillis Clark Martin & Peterson P.S. as counsel to the Trust Administrator is hereby approved.  Such post-Confirmation employment and payment of compensation and reimbursement of expenses shall not be subject to sections 327, 330, and 331 of the Bankruptcy Code and shall not require any further order of this Court, as the Liquidating Trust Agreement shall control such terms and conditions.

5. <u>Termination of Subchapter V Trustee</u>.  Upon Substantial Consummation of the Plan, the Subchapter V Trustee shall be terminated with respect to these Chapter 11 Cases, pursuant to section 1183(c) of the Bankruptcy Code.

ORDER CONFIRMING AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

6. <u>Implementation</u>.  The Debtors and Reorganized Debtors are authorized to take all actions necessary, appropriate, or desirable to enter into, implement, and consummate any such instruments, agreements, or other documents created or executed in connection with the Plan, including the Liquidating Trust Agreement and any documents ancillary thereto.  All such documents and agreements shall constitute legal, valid, binding, and authorized obligations of the respective parties thereto, enforceable in accordance with their terms.

7. <u>Effects of Confirmation; Effectiveness; Successors and Assigns</u>.  Notwithstanding any other applicable law, upon the entry of this Confirmation Order, the terms of the Plan and this Confirmation Order shall be binding on (a) the Debtors and Reorganized Debtors; (b) all Holders of Claims against and Interests in the Debtors, whether or not impaired under the Plan and whether or not, if impaired, such Holders accepted the Plan; (c) any other party in interest; and (d) each of the foregoing's respective successors, assigns, administrators, affiliates, officers, directors, agents, attorneys, or representatives.

8. <u>Supplementations to the Plan</u>.  To the extent the Plan has been supplemented subsequent to solicitation but prior to the Confirmation Hearing, such supplements do not adversely affect the treatment of any party.  Accordingly, pursuant to Bankruptcy Rule 3019, such supplementations do not require additional disclosure under Bankruptcy Code section 1125 or re-solicitation of votes under Bankruptcy Code section 1126, nor do they require that Holders of Claims or Interests be afforded an opportunity to change previously cast acceptances or rejections of the Plan.

9. <u>Resolution of Claims</u>.  As discussed in detail in the Plan and as otherwise provided herein, in consideration for the classification, distributions, injunction, exculpation, and other benefits provided under the Plan, upon the Effective Date, the provisions of the Plan shall constitute a good faith compromise and settlement of all Claims and controversies resolved pursuant to the Plan.

ORDER CONFIRMING AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION – Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

10. <u>Claims Based on Rejection of Executory Contracts or Unexpired Leases</u>. Proofs of Claim with respect to Claims arising from the rejection of executory contracts or unexpired leases effectuated pursuant to Article VIII of the Plan, if any, must be filed with the Court and served on the Reorganized Debtors and Trust Administrator within thirty (30) calendar days after the Effective Date.

11. <u>Miller Nash LLP Claim</u>. The Holder of the Miller Nash LLP Secured Claim [Proof of Claim No. 2] shall have the right to retain the funds ($2,532.60) being held in trust and shall have an Unsecured Claim for the remainder of its Claim ($62,279.62), which shall be allowed or disallowed, as the case may be, and classified and treated as a Class 1 Claim in accordance with the Plan.

12. <u>Administrative Claims Bar Date</u>. Requests for payment of Administrative Claims must be filed with the Court and served on the Reorganized Debtors and Trust Administrator by the Administrative Claims bar date, as set forth in Section 12.2 of the Plan, which shall be thirty (30) calendar days following the Effective Date, in accordance with all applicable Bankruptcy Rules and Local Rules.

13. <u>Professional Fee Claims</u>. All final requests for payment of Professional Fee Claims to the extent required under the Bankruptcy Code must be made by application filed with the Court and served on the counsel to the Reorganized Debtors and Trust Administrator and the U.S. Trustee in accordance with all applicable Bankruptcy Rules and Local Rules.

14. <u>Plan Releases</u>. The injunction and exculpation provisions contained in Article X of the Plan are approved in all respects and incorporated herein by reference.

15. <u>Payment of Fees</u>. All fees payable by the Debtors under 28 U.S.C. § 1930 shall be paid on or before the Effective Date, the due date, or as soon as practicable thereafter.

16. <u>Reference to Plan Provisions</u>. The failure to specifically include or reference any particular provision of the Plan in this Confirmation Order shall not diminish or impair the

ORDER CONFIRMING AMENDED JOINT CHAPTER 11 PLAN
OF LIQUIDATION – Page 4

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

effectiveness of such provision, it being the intent of the Court that the Plan be confirmed in its entirety.

17.  <u>Retention of Jurisdiction</u>.  The Court shall retain jurisdiction and power to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of the Plan and this Confirmation Order.

DATED: January 26, 2024                    BY THE COURT

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Presented by:

BUSH KORNFELD LLP

By    /s/ Thomas A. Buford
    Thomas A. Buford, AK Bar No. 1805046
    Christine M. Tobin-Presser, AK Bar No. 1905032
    Richard B. Keeton (Admitted *Pro Hac Vice*)
Attorneys for the Debtors

Serve:  Debtor
    T. Buford, Esq.
    C. Tobin-Presser, Esq.
    R. Keeton, Esq.
    K. Evans, Esq.
    Subchapter V Trustee
    U.S. Trustee
    ECF Participants via NEF

ORDER CONFIRMING AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION – Page 5

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104