# Notice Recipients

| | | |
|---|---|---|
| District/Off: 097––3 | User: admin | Date Created: 8/29/2025 |
| Case: 23–00163 | Form ID: pdfcrs | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee | USTPRegion18.ak.ecf@usdoj.gov |
| tr | Virginia Andrews Burdette | vab@andrewsburdette.com |
| aty | Brian C. Free | brian.free@hcmp.com |
| aty | Christine M. Tobin–Presser | ctobin@bskd.com |
| aty | Kathryn Evans | Kathryn.Evans@usdoj.gov |
| aty | Michael Edward Schmidt | michael.schmidt@hcmp.com |
| aty | Thomas A. Buford, III | tbuford@bskd.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Wards Cove Packing Company, LLC | 2510 W Casino Road, Suite B | Everett, WA 98204 |
| cr | Douglas Morrison PLLC | 17609 N Eagle Crest Dr | Surprise, AZ 85374 UNITED STATES |

TOTAL: 2